ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| KIRA LLC | ) ASBCA No. 64040 |
| | ) |
| Under Contract No. W911RZ-05-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:     Damien C. Specht, Esq.
                                                             James A. Tucker, Esq.
                                                             Thomas Lee, Esq.
                                                               Morrison & Foerster LLP
                                                               Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                                               Army Chief Trial Attorney
                                                             MAJ Katharine M. Calderon, JA
                                                             MAJ Joseph C. VanDusen, JA
                                                               Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: March 26, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64040, Appeal of KIRA LLC, rendered in conformance with the Board's Charter.

Dated: March 26, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals